# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARIE V. FLORES,**

    **Plaintiff,**

vs.                No. CV 17-603 KRS

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised in the premises,

IT IS, THEREFORE, ORDERED that Plaintiff is granted through November 29, 2017, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through January 2, 2018, to serve her Response, and Plaintiff through January 10, 2018, to serve her Reply.

              _____
              HONORABLE KEVIN R. SWEAZEA
              UNITED STATES MAGISTRATE JUDGE