# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARIE V. FLORES,**

        **Plaintiff,**

**v.**                                         No.     CV 17-00603 KRS

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

        **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through January 19, 2018, to serve her reply to the agency's response to her initial motion to reverse and remand.

                                                           HONORABLE KEVIN R. SWEAZEA
                                                            UNITED STATES MAGISTRATE JUDGE