IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIE V. FLORES,

    Plaintiff,

v.                                  No. 1:17-cv-00603-KRS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 17) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                */s/ Kevin Sweazea*
                                **KEVIN R. SWEAZEA**
                                **UNITED STATES MAGISTRATE JUDGE**